UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 21-02025 (CRC) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: February 15, 2022
Washington, DC

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney, D.C. Bar # 481052

                                        BRIAN P. HUDAK
                                        Acting Chief, Civil Division

 */s/ Chris Horner*
Christopher Cochran Horner              By:       *Blake A. Weiner*
D.C. Bar #440107                                      Blake A. Weiner
1725 I Street NW, Suite 300                Assistant United States Attorney
Washington, DC 20006                      555 Fourth Street, NW
(202) 262-4458                                      Washington, DC 20530
chris@chornerlaw.com                        (202) 803-1604

*Counsel for Plaintiff*                               *Attorneys for Defendants*